

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2023

No. 04-23-00300-CR

**EX PARTE** Jose Pedro **AGUILLEN-ARTEAGA**

Original Proceeding[1]

**ORDER**

On March 30, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for temporary stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition, real party in interest's response, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary stay is **DENIED** as moot.

It is so **ORDERED** on April 19, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 30868, styled *State of Texas v. Jose Pedro Aguillen-Arteaga*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.